Dismissed and Memorandum Opinion filed July 14, 2005









Dismissed and Memorandum Opinion filed July 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00285-CV

____________

 

BELLAIRE CAFE
INC, KATRINA A. BAKER AND KEVIN CALVIN, Appellants

 

V.

 

SIX FLAGS
THEME PARKS INC., Appellee

 



 

On Appeal from the
333rd District Court 

Harris County,
Texas

Trial Court Cause No.
01-44587

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 9,
2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On June 20, 2005, notification was transmitted to all parties
of the Court=s intent to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 14, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.